RECEIVED

MAY 16 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## CAMDEN VICINAGE

ELIZABETH LIGGON-REDDING

    Plaintiff

v                  Civil Action No.

VIRTUA VOORHEES

JANE DOE NURSE, LOIS

WOODCOCK, MARY EADLINE

SOCIAL WORKERS etal.

    Defendants

## **COMPLAINT**

In 2013 the Plaintiff went to Virtua Voorhees Hospital Emergency Room, complaining of Chest Pains she was admitted, then they released her failing to diagnose a Total Blockage of and artery in her heart. The Plaintiff complained to hospital administrators to the best of the Plaintiffs knowledge and Belief nothing was done about it.

Then again on March 15, 2014 the Plaintiff again went to Virtua Voorhees Emergency Room complaining of a stomach ache,

1

she was admitted, she woke up in the ICU on life support,  she remained in the hospital for two weeks.  One of her Doctors said she should be sent to a Rehab facility upon discharge.  She told the Social Worker that she wanted to go to a rehab.

The Social Worker said I could not go because she had told the rehab that I had a pending Landlord Tenant Matter and for that reason I could not go to a rehab.  Subsequently I won the matter,  however no matter what the outcome of that case I have more than one residence.  I complained to hospital personel and was told I could go home I appealed that decision and was threatened by a nurse that I could not wait for the outcome of my appeal if I did not leave she was going to call the Police and have me arrested for for tresspassing she called a cab and threw me out of the hospital in the rain in hospital scrubs and thongs.  She would not even allow me to wait for clothing and shoes.

I went to my Surgeons Office to have my stitches removed my Doctors asked me what happened, I was supposed to go to rehab.  I again complained to hospital personel nothing was done. The Plaintiff had to have a second surgery which she feels she may not have had to have had she not been mistreated by employees/personel at Virtua Voorhees.  The Plaintiff beleives she was treated in this manner because of her race African American.

## PARTIES

E.L. Redding

P.O.Box 702

2

Voorhees, NJ. 08043

Virtua Voorhees Hospital

Voorhees NJ. 08043

Jane Doe Nurse

Lois Woodcock Social Worker

Mary Eadline

Virtua Voorhees Hospital

Voorhees,NJ. 08043

## JURISDICTION

The Federal Courts have Jurisdiction over Discrimination Cases and Medical Malpractice Cases

## CAUSE OF ACTION

The Plaintiff felt after being mistreated a second time at Virtua  Voorhees Hospital,  this was not an accident they exhibited a pattern of mistrating minorities.

## DEMAND

The Plaintiff Prays the Court will allow a Jury Trial and Two and One Half Million Dollars in Punitive and Compensatory

3

Damages.

Respectfully submitted,

E.L.Redding



Voorhees Hospital

**Gary L Long, FACHE**
*Senior Vice President*
*Fax: 856-247-3219*

April 3, 2014

Ms. Elizabeth Liggon-Redding
PO Box 702
Voorhees, NJ 08043

Dear Ms. Liggon-Redding,

Thank you for your feedback regarding your recent hospitalization visit at Virtua – Voorhees. Please be assured that we take your comments very seriously.

The concerns you expressed were reviewed by Bonnie Olewnik, Director of Case Management. She states that we followed the Medicare appeal process. Medicare made the decision that you did not meet inpatient criteria and therefore you were given another 24 hours notice to make your discharge arrangements.

Our goal is to meet your healthcare needs in a caring environment. It is through feedback such as yours that we can continue to grow and improve in our community.

I hope that you are doing well. We appreciate you choosing Virtua - Voorhees in the past and hope that you will allow us the opportunity to rebuild your trust. If there is anything that I can do for you in the future, please feel free to contact me directly at (856) 247-3202.

Sincerely yours,

Gary L. Long, FACHE
Senior Vice President
Population Health Management

Elizabeth Liggon-Redding

PO BOX 702 Voorhees

New Jersey, 08043

April 25, 2014

Health Care Strategies, Inc.

557 Cranberry Road, Suite 22

East Brunswick

New Jersey ,08816-5419

RE: Appeal Claim Key 11030678

Dear Sir/Madam:

I do wish to Appeal how I was treated by Virtua Voorhees.  This is not the first Malpractice  I have experienced at this Hospital. I feel it was racially motivated then and now!

They sent me home with a Failure to Diagnose a completely blocked artery in my heart!

This time someone in the Social Work office  told the Rehabilitation facility they contacted that I was in the Process of being evicted.

1

Well guess what, I have more than one address, I am sure I have thrown away more than the people who were evidently looking down their nose at me will ever obtain in two lifetimes!

This is what happened during my 3-15-14 Admisssion:

One of my Physcians told  me to ask my nurse to dress my wound.  She said" Why didn't he do it," and treated me badly the rest of that day when she came back the next day and they began to write her name to be my nurse I requested not to have her because of how she treated me the previous day.

It was all down hill from there.  The Social Worker decided to lie about my treatment and say my doctor said it was alright for me to go home when before she decided to tell someone my personal business, the doctor said he wanted me to go to a rehabiltation facility.  When I went to my Surgeons Office he said in front of my care giver (a witness) I was supposed to be in rehab what happened.  I had to have a second surgery,  thank God I did not have to go back to Virtua Voorhees the second surgery was done a Virtua Marlton,  thank God.

Let me tell you, Virtua Voorhees can try to sweep this second malpractiice incident under the rug, it will be the

2

biggest mistake they will ever make.  I Malpractice and
Discrimination based on Race and Disibility.  I will ask for
2.5 Million in Punitive and Compensatory damages!

Now this time I want something done to my
satisfaction!  Some kind of consent degree that they won't
mistreat any more People of Color or disabled individual
both protected classes

Ask them have they ever threatened to call the Police
on any Caucasion person who was trying to excercise their
right to appeal?

Respectfuly submitted,


E. L. Redding

3

Nursing Supervisor
Cierne Thompson

Social Workers
Lois Woodcock
Mary Eadline

E. L. Redding

## WELCOME TO OUR OFFICE

### Dr. Linda Barney St. Martin
### Dr. Gregory K. Ng

## PODIATRIC MEDICINE AND SURGERY

Name _____ Soc. Sec. No._____

Date of Birth _____ Age ____ Male ☐ Female ☐ Marital Status_____

Home Address_____ City_____ State____ Zip_____

Home Phone_____ Work Phone_____ Cell Phone_____

E-Mail Address:_____

Height_____ Weight _____ Shoe Size _____

Name of Spouse or Parent_____

Emergency Contact (Name & Phone)_____

How were you referred to the office?  Patient_____   Dr. Office _____   Other_____

Your Family Doctor_____ Date of Last Visit_____

Your Family Dr. Address_____ Phone_____

Pharmacy Name & Phone Number_____


Employer_____ Employer Phone Num_____

Employer Address_____ Your Position_____

Is this condition work related? ☐Yes ☐ No  Did this injury occur at School ☐ Yes ☐ No

Is this condition auto related? ☐ Yes ☐ No  Injury or Trauma? ☐ Yes ☐ No


## INSURANCE INFORMATION

Name of Insurance_____ Policyholder_____

Policyholder Birth Date_____ Policyholder Soc. Sec. No._____

Policyholder address_____

Relationship to Patient_____ Policyholder Employer_____

Employer Address_____

Employer Contact & Phone Number_____

Page ___2___

Name: _____        Patient's Age: _____ Date: _____

**CHIEF COMPLAINT** - What brought you to the doctor today?

_____

Is this condition work related? □ Yes □ No   Did this injury occur at school? □ Yes □ No

Is this condition auto related? □ Yes □ No   Injury or Trauma? □ Yes □ No
Date of Injury: _____

**Type of Problem**
□ Corns, Callous, Nails      □ Fracture/Sprains      □ Warts, Tumors      □ Bunions, Hammertoes
□ Diabetic Foot Care         □ Ingrown Nail          □ Ankle Pain         □ Neuroma or Nerve Pain
□ Other                      □ Injury                □ Numbness

When did the pain start? _____ Describe Pain. _____

Where does it hurt? _____ When does it hurt? _____

Previous episodes? _____ Previous treatment and response? _____

_____

**Past Medical History** Do you have a history of any of the following?
□ Hypertension               □ Diabetes              □ Stroke             □ Nervousness       □ Tumors
□ Heart/Circulation Trouble  □ Hypoglycemia          □ Emphysema          □ Epilepsy          □ Cancer
□ Glaucoma                   □ Kidney Disease        □ Ulcers             □ HIV/AIDS          □ Hepatitis
□ Rheumatism/Arthritis       □ Liver Disease         □ Asthma             □ Anemia            □ Drug Abuse
□ Bleeding Tendencies        □ Thyroid Disease       □ Varicose Veins     □ Tuberculosis      □ Gout
□ Leg Cramps                 □ Mitral Valve Prolapse                      □ Osteoporosis

**Past Surgical History** Have you had any surgery before?        □ Yes            □ No
If yes, please list procedure and date _____
_____
_____
_____

**Allergies** Do you have any allergies to medications?            □ Yes            □ No
□ NSAIDS          □ Penicillin          □ Sulfa          □ Codeine          □ Aspirin
□ Novacaine       □ Anesthetics         □ Iodine   □ Adhesives      □ Metal or Nickel
□ Environmental   Other: _____ Type of reaction _____
Are you allergic to latex products?                               □ Yes            □ No

**Medications** List all prescription medications you take; include dosage and frequency. Insulin, inhaler, and patches should be included here.
_____
_____

List all non-prescription medications you take routinely _____

Page _3_____

Name: _____   Date: _____

**Social History**   Marital Status _____   Children _____   Patient's Age_____

Do you or have you ever smoked?   ☐ Yes   ☐ No   How Much _____
Do you drink alcohol?   ☐ Yes   ☐ No   How Much _____
What type of job do you have? _____

**Family History** List illnesses or health issues.
In whom:
Father _____   Mother _____

Siblings _____   Children_____

**Review of Systems** Please check if you have any of the following

CONSTITUTIONAL
☐ Fever
☐ Weight loss
☐ Lethargy

GENITOURINARY
☐ Frequency
☐ Blood in urine
☐ Abnormal urine color
☐ Painful urination
☐ Awaken to urinate
☐ Unable to fully empty bladder
☐ Incontinence

NEUROLOGICAL
☐ Headache
☐ Fainting
☐ Dizziness
☐ Memory loss
☐ Numbness

ENDOCRINE
☐ Night sweats
☐ Thyroid disease
☐ Diabetes
☐ Heat/Cold intolerance
☐ Frequent urination
☐ Frequent thirst

CARDIOVASCULAR
☐ Shortness of breath
☐ Chest pain (angina)
☐ Heart palpitations
☐ Heart attack
☐ Stroke
☐ Cold extremities
☐ Hypertension
☐ CHF

MUSCULOSKELETAL
☐ Pain -
   ☐ Muscles   ☐ Neck
   ☐ Back   ☐Hips
   ☐ Knees   ☐ Ankles   ☐ Feet
☐ Limited range of motion
☐ Limited strength
☐ Arthritis
☐ Gout

INTEGUMENTARY
☐ Rash
☐ Itching
☐ Dry Skin
☐ Toenail/Fingernail changes

GASTROINTESTINAL
☐ Pain
☐ Diarrhea
☐ Constipation
☐ Blood in stool/dark stool
☐ Mucus in stool
☐ Nausea
☐ Vomiting
☐ Vomit blood
☐ Heartburn
☐ Change in stool
☐ Food intolerance
☐ Loss of appetite
☐ Yellow eyes or skin

HEMATOLOGIC/LYMPHATIC
☐ Easy bruising
☐ Anemia
☐ Blood abnormalities
☐ Blood thinners
☐ Lymph node enlargement

*Unmarked box indicates that the patient denies this problem.*

**Physician Review**_____   **Date** _____



**LINDA BARNEY ST. MARTIN, D.P.M., ABPOPPM**
**GREGORY K. NG, D.P.M.**
*Podiatric Medicine & Surgery*

496 Cooper Road — Voorhees, NJ 08043
Telephone: (856) 783-9690, Fax: (856) 627-7939

# HIPPA COMPLIANCE

I_____, have received the Notice of Privacy
      **(PRINT YOUR NAME)**

Practices and I have been provided an opportunity to review it.

_____
Patients Signature

We attempted to obtain written acknowledgement of receipt of our Notice of Privacy
Practices, acknowledgement could not be obtained for the following reason:

___ Patient refused to sign

___ Communication barriers prohibited the acknowledgement.

___ An emergency situation prevented us from obtaining the acknowledgement.

___ Other (Specify_____

Witness Initials:_____